UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAGEED AKRAWI,

       Plaintiff,                        Case No. 10-CV-13234
                                               HON. GEORGE CARAM STEEH

vs.

JOHN REMILLET, et al.,

       Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the opinion and order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff as to plaintiff's Fourth Amendment claims of false arrest and false imprisonment under the United States Constitution.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff as to plaintiff's Due Process claim for damages under the United States Constitution.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiff and against defendants as to plaintiff's claim for declaratory relief and his Due Process claim for equitable relief under the United States Constitution. Defendants and or their successors shall furnish plaintiff due process rights as outlined in this court's opinion and order of this date.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's state law claims are dismissed without prejudice.

The court retains jurisdiction only for enforcement of this Judgment.

SO ORDERED.

>                               DAVID J. WEAVER
>                               CLERK OF THE COURT
>
>                               BY: s/Marcia Beauchemin
>                                   DEPUTY COURT CLERK

Dated:  September 29, 2010